# Court of Appeals
# of the State of Georgia

ATLANTA,   May 24, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0367. ABDULLAH M. RASHEED v. THE STATE.

Abdullah Rasheed was convicted of armed robbery, aggravated assault, and two counts of false imprisonment on March 16, 2001. We affirmed his convictions and sentence on appeal. See *Rasheed v. State*, Case Number A02A0524 (decided April 25, 2002). Rasheed has since filed several post conviction motions attacking his convictions and sentence, all of which have been denied or dismissed. On March 18, 2013, the trial court denied Rasheed's motion for void sentence and judgment. On May 1, 2013, Rasheed filed this application for discretionary appeal. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989); see also *Gable v. State*, 290 Ga. 81, 82-83 (2) (a) (720 SE2d 170) (2011). Because Rasheed's application was filed outside the 30-day period, it is untimely, and it is accordingly DISMISSED for lack of jurisdiction.

We further note that the last two appeals filed by Rasheed were deemed frivolous, and we cautioned Rasheed that if he continued to file such appeals, he may find all future claims barred by OCGA § 42-12-7.2. See Case Numbers A12A0762 and A12A0763 (decided Dec. 30, 2011). This appeal, once again challenging his conviction, is likewise frivolous. See *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) (the same issue cannot be relitigated *ad infinitum*). Rasheed is, therefore, barred from filing any other in forma pauperis actions unless he is under

imminent danger of serious physical injury:

In no event shall a prisoner file any action in forma pauperis in any court of this state if the prisoner has, on three or more prior occasions while he or she was incarcerated or detained in any facility, filed any action in any court of this state that was subsequently dismissed on the grounds that such action was frivolous or malicious, unless the prisoner is under imminent danger of serious physical injury.

OCGA § 42-12-7.2.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/24/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*